```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

ELLIS TRICE                                           PLAINTIFF

v.                          Case No. 11-2073

DONALD EVERSOLE, Detective,
Crawford County Sheriff's
Department and PATTI BONEWELL,
Detective Crawford County
Sheriff's Department                                 DEFENDANTS

### **ORDER**

Now on this 16th day of February 2012, there comes on for consideration the report and recommendation filed herein on January 20, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 41). Also before the Court are Plaintiff's objections. (Doc. 45).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant Patti Bonewell's motion for judgment on the pleadings (doc. 30) is DENIED.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

**AO72A**
**(Rev. 8/82)**