IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELLIS TRICE                                                          PLAINTIFF

v.                         Case No. 11-2073

DONALD EVERSOLE, Detective,
Crawford County Sheriff's
Department; and PATTI BONEWELL,
Detective, Crawford County
Sheriff's Department                                                 DEFENDANTS

## ORDER

Now on this 28th day of September 2012, there comes on for consideration the report and recommendation filed herein on August 22, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 58). Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 59).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motions for Summary Judgment (docs. 42 & 50) are GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)