```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

ELLIS TRICE                                           PLAINTIFF

v.                      Case No. 11-2073

DONALD EVERSOLE, Detective,
Crawford County Sheriff's
Department; and PATTI BONEWELL,
Detective, Crawford County
Sheriff's Department                                 DEFENDANTS

                            JUDGMENT

For reasons set forth in the Report and Recommendation (doc. 58) and the Order of September 28, 2012 (doc. 61), Defendants' Motions for Summary Judgment (docs. 42 & 50) are GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 28th day of September, 2012.

                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge