```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

ELLIS TRICE                                          PLAINTIFF

v.                          Case No. 11-2073

DONALD EVERSOLE, Detective,
Crawford County Sheriff's
Department; and PATTI BONEWELL,
Detective, Crawford County
Sheriff's Department                                DEFENDANTS

## JUDGMENT

For reasons set forth in the Report and Recommendation (doc. 58) and the Order of September 28, 2012 (doc. 61), Defendants' Motions for Summary Judgment (docs. 42 & 50) are GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 28th day of September, 2012.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

AO72A
(Rev. 8/82)